

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00306-CV

Cynthia L. **BARKMAN** and Charles N. Barkman,
Appellants

v.

**USAA FEDERAL SAVINGS BANK,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01936
Honorable Jason Wolff, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on May 31, 2011. On June 24, 2015, the court reporter stated that the reporter's record was not filed because appellant has not paid, or made arrangements to pay, the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the reporter's fee.

We therefore ORDER appellant to provide written proof to this court within ten days of the date of this order that (1) the reporter's record has been requested, and either (2) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (3) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant must file a brief with this court within thirty days from the date of this order, and the court will only "consider and decide those issues or points [raised in appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

If appellant timely complies with this order, the reporter's record will be due fifteen days from the date appellant files written proof showing compliance with this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.



Keith E. Hottle
Clerk of Court